PD-1363-14

Emanuel Von Allen Evans
T.D.C.J. #1862965
Berry Telford Unit
3899 State Hwy. #98
New Boston, Texas 75570

Carbon Copy (E.E.) I got

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Att: Abel Acosta, Clerk
Court Of Criminal Appeals Of Texas
P.O. Box #12308, Capital Station
Austin, Texas 78711

RE: Cause No. 133,9815 ___ (Trial)
and
Appeal Case No. 14-13-00476-CR

(Emanuel Von Allen Evans V. The State Of Texas)

FILED IN 1363-14
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Dear Abel Acosta, Clerk:

Hello! I am contacting the Court
to ask and request for you all to withdraw my
Pro-se P.D.R. brief and except to review my
Appeal Attorney's Mr. Mark A. Rubal P.D.R. brief
he filed to the Austin Appeal Court on my behalf.
I understand your court granted to except my Pro-se
P.D.R. brief, I have received the post card telling
me this. Please know I was and am very grateful
for that. But do to I defendant and appeal lawyer
mis-communication error, I filed my Pro-se P.D.R.
brief not knowing he was going to file it for
me on time before due date to file it to
Your Court. I strongly ~~apoge~~ apologize to the court
for just now for the 2nd. time contacting you on
this matter. I've been dealing with major health
issues lately. Plus I've never gotten a response back
to my 1st. letter addressing this to the Court. Please
update me if you all will do my request please or not.
I wait for a response within 10(ten) or 20 days from this mail out
date 01-30-2015.

Respectfully, Emanuel V.A. Evans